In re:                                                              Case No. 11-11631-BMW
GERALD LEE MORTS                                                    Chapter 13
CAROL LYNN MORTS
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0970-4        User: brennerc           Page 1 of 2            Date Rcvd: Jul 28, 2016
                            Form ID: 3180W           Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2016.
```
db/jdb         +GERALD LEE MORTS, SR.,    CAROL LYNN MORTS,    4600 Paseo Manolette,
                 Sierra Vista, AZ 85635-4516
tr             +DIANNE C. KERNS,    7320 N. LA CHOLLA #154 PMB 413,    TUCSON, AZ 85741-2354
cr             +SELECT PORTFOLIO SERVICING, INC.,    3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
10335879       +ASC,    PO Box 10328,    Des Moines IA 50306-0328
10335878       +American Southwest CU,    PO Box 370,    Sierra Vista AZ 85636-0370
10335880      +++Barbara J. Morts,    4600 PASEO MANOLETE,    SIERRA VISTA, AZ 85635-4516
10335884      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citicard,    PO Box 182676,    Columbus OH 43218)
10423315       +Harley-Davidson Credit Corporation,    P.O. Box 829009,    Dallas, TX 75382-9009
10353760       +Marsha Bonham, Cochise County Treasurer,    c/o Terry Bannon, Deputy County Attorney,
                 P. O. Drawer CA,    Bisbee, AZ 85603-0170
10335889       +Northland Group,    PO Box 390905,    Edina MN 55439-0905
10335890       +Phillips & Cohen Assoc,    1002 Justison Street,    Wilmington DE 19801-5148
14096742       +Select Protfolio Servicing Inc,    3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
14127972       +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
10422165      +++Wells Fargo Bank NA,    PO Box 660553,    Dallas, TX 75266-0553
10335897        Zwicker & Assoc,    80 Minuteman Road,    Andover MA 01810-1008
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             EDI: AZDEPREV.COM Jul 29 2016 00:04:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
                 1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
cr             +EDI: PRA.COM Jul 29 2016 00:03:00      PRA Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
cr             +EDI: RECOVERYCORP.COM Jul 29 2016 00:03:00      RECOVERY MANAGEMENT SYSTEMS CORPORATION,
                 25 SE 2ND AVE #1120,    MIAMI, FL 33131-1605
cr             +EDI: WFFC.COM Jul 29 2016 00:03:00      WELLS FARGO BANK NA,    PO BOX 10438,
                 DES MOINES, IA 50306-0438
10543840       +EDI: OPHSUBSID Jul 29 2016 00:04:00      CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
10335882        EDI: CAPITALONE.COM Jul 29 2016 00:03:00      Capital One,    PO Box 30285,
                 Salt Lake City UT 84130-0285
10467303        EDI: CHASE.COM Jul 29 2016 00:03:00      Chase Bank USA, N.A.,    PO Box 15145,
                 Wilmington, DE 19850-5145
10335883        EDI: CHASE.COM Jul 29 2016 00:03:00      Chase Card,    PO Box 15548,    Wilmington DE 19886-5548
10335885        EDI: DISCOVER.COM Jul 29 2016 00:03:00      Discover,    PO Box 30943,    Salt Lake City UT 84130
10384186        EDI: DISCOVER.COM Jul 29 2016 00:03:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
10335881        EDI: RMSC.COM Jul 29 2016 00:04:00      GE Money Bank,    PO Box 960061,    Orlando FL 32896 0061
10696425        EDI: RMSC.COM Jul 29 2016 00:04:00      GE Money Bank,    Attn: Bankruptcy Department,
                 PO Box 960061,    Orlando FL 32896-0661
10335888        EDI: HFC.COM Jul 29 2016 00:04:00      HSBC,    PO Box 60139,    City of Industry CA  91716-0139
10381674       +EDI: HFC.COM Jul 29 2016 00:04:00      HSBC Mortgage Services, Inc.,    P.O. Box 21188,
                 Eagan, Minnesota 55121-0188
10335887        E-mail/Text: bankruptcy.notices@hdfsi.com Jul 29 2016 00:26:58      Harley Davidson Credit Corp,
                 PO Box 22048,    Carson City NV 89721-2048
12493017       +EDI: RESURGENT.COM Jul 29 2016 00:03:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10675,    Greenville, SC 29603-0675
13048075        EDI: RESURGENT.COM Jul 29 2016 00:03:00      LVNV Funding, LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
12997670       +EDI: WFFC.COM Jul 29 2016 00:03:00      Lex Special Assets LLC,,    c/o America's Servicing Co.,
                 3476 Stateview Blvd,    Attn: Bankruptcy Dept. MAC #D3347-014,    Fort Mill, SC 29715-7203
11235246       +EDI: OPHSUBSID.COM Jul 29 2016 00:04:00      Lindia, LLC,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
10632147        EDI: PRA.COM Jul 29 2016 00:03:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk VA 23541
10754873        EDI: PRA.COM Jul 29 2016 00:03:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
10376049        EDI: RECOVERYCORP.COM Jul 29 2016 00:03:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10335877        EDI: AGFINANCE.COM Jul 29 2016 00:03:00      American General,    Springleaf Financial,
                 Po Box 54290,    Los Angeles CA 90054
10473222        EDI: AGFINANCE.COM Jul 29 2016 00:03:00      Springleaf Financial Services,
                 65 STATE HIGHWAY 92 STE C,    SIERRA VISTA AZ 856353663
10722586        EDI: AGFINANCE.COM Jul 29 2016 00:03:00      Springleaf Financial Services,    PO Box 3251,
                 Evansville, IN  47731
10335891       +EDI: SEARS.COM Jul 29 2016 00:03:00      Sears,    PO Box 688957,    Des Moines IA 50368-8957
10335892       +EDI: SEARS.COM Jul 29 2016 00:03:00      Sears Credit Card,    PO Box 6283,
                 Sioux Falls SD 57117-6283
10456538       +E-mail/Text: bncmail@w-legal.com Jul 29 2016 00:26:14      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
10335893          EDI: WTRRNBANK.COM Jul 29 2016 00:03:00     Target,    3901 W 53rd Street,
                  Sioux Falls SD 57106-4216
10335894          EDI: USBANKARS.COM Jul 29 2016 00:04:00     US Bank,    PO Box 790408,   St. Louis MO 63179-0408
10465507          EDI: USBANKARS.COM Jul 29 2016 00:04:00     US Bank N.A.,    PO Box 5229,   Cincinnati, OH 45201
11976191         +EDI: OPHSUBSID.COM Jul 29 2016 00:04:00     Vanda, LLC,    c/o Weinstein & Riley, P.S.,
                  2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
10335895          EDI: WFFC.COM Jul 29 2016 00:03:00      Wells Fargo,    PO Box 30086,   Los Angeles CA 90030-0086
10358106         +EDI: WFFC.COM Jul 29 2016 00:03:00      Wells Fargo Card Services,    c/o Recovery Department,
                  P.O. Box 9210,   Des Moines, IA 50306-9210
10335896         +EDI: WFFC.COM Jul 29 2016 00:03:00      Wells Fargo Financial,    P.O. Box 10475,
                  Des Moines, IA 50306-0475
                                                                                               TOTAL: 35

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               AMERICAN SOUTHWEST CREDIT UNION
cr               HSBC MORTGAGE SERVICES, INC.
cr               Marsha Bonham, Cochise County Treasurer,    by Terry Bannon, Deputy County Attorney,
                  P.O. Drawer CA,    Bisbee
cr*              LVNV Funding LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC  29603-0587
cr*             +Lindia, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
cr*             +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
10335886*        GE Money Bank,   PO Box 960061,   Orlando FL 32896 0061
11003156*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
                                                                                               TOTALS: 3, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2016 at the address(es) listed below:
              ALAN R. SOLOT    on behalf of Plaintiff GERALD LEE MORTS, SR. arsolot@gmail.com
              ALAN R. SOLOT    on behalf of Plaintiff CAROL LYNN MORTS arsolot@gmail.com
              DANIEL 1 RYLANDER    on behalf of Debtor GERALD LEE MORTS, SR. ecf@robrylaw.com
              DANIEL 1 RYLANDER    on behalf of Joint Debtor CAROL LYNN MORTS ecf@robrylaw.com
              DANIEL 2 RYLANDER    on behalf of Plaintiff CAROL LYNN MORTS ecf@robrylaw.com
              DANIEL 2 RYLANDER    on behalf of Plaintiff GERALD LEE MORTS, SR. ecf@robrylaw.com
              DIANNE C. KERNS    mail@dcktrustee.com, ecf@dcktrustee.com,dckerns@dcktrustee.com
              HOWARD A. CHOROST    on behalf of Creditor    AMERICAN SOUTHWEST CREDIT UNION hchorost@me.com
              TERRY   BANNON    on behalf of Creditor    Marsha Bonham, Cochise County Treasurer
               CVAttymeo@cochise.az.gov, kaguilar@cochise.az.gov
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                               TOTAL: 10
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **GERALD LEE MORTS SR.** | Social Security number or ITIN **xxx–xx–3594** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **CAROL LYNN MORTS** | Social Security number or ITIN **xxx–xx–3085** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of Arizona** | | |
| Case number: **4:11–bk–11631–BMW** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

GERALD LEE MORTS SR.
aka Duke Morts

CAROL LYNN MORTS

7/28/16

**By the court:** Brenda Moody Whinery
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**